**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

APPLIED ENERGY OF AR-LA-MS, INC.,                               PLAINTIFF
an Arkansas corporation

v.                              No. 5:14CV00301 JLH

PALL CORPORATION,
a New York corporation                                                            DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is transferred to the Eastern District of New York.

IT IS SO ORDERED this 10th day of December, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE