**Transferred case has been opened**
ecf_bounces    to: InterdistrictTransfer_ARED          12/23/2014 02:22 PM

CASE: 5:14-cv-00301

DETAILS: Case transferred from Arkansas Eastern has been opened in Eastern District of New York as case 2:14-cv-07473, filed 12/22/2014.